In the Matter of REPUBLIC STEEL CORPORATION, Petitioner, against EDWARD J. FITZGERALD et al., Constituting the Board of Tax Review of the City of Troy, et al., Respondents. In the Matter of REPUBLIC STEEL CORPORATION, Petitioner, against EDWARD J. FITZGERALD et al., Constituting the Board of Tax Review of the City of Troy, et al., Respondents. In the Matter of REPUBLIC STEEL CORPORATION, Petitioner, against EDWARD J. FITZGERALD et al., Constituting the Board of Tax Review of the City of Troy, et al., Respondents.— Motion to amend the decision of this court, dated May 23, 1958, to include therein the 1957 proceeding and to dismiss the appeal in relation to such proceeding granted, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. JAMES J. POWERS, Respondent.— Application for assignment of counsel denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

JANETTE LAWYER, Appellant, v. WORKMEN'S COMPENSATION BOARD, Respondent.— Application for assignment of counsel denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of EDWARD V. CLARK et al., Individually and as Trustees of ROSETON COMMON SCHOOL DISTRICT NO. 5 OF THE TOWN OF NEWBURGH, ORANGE COUNTY, et al., Petitioners, against JAMES E. ALLEN, JR., as Commissioner of Education of the State of New York and All Other Persons Acting for and on Behalf of said JAMES E. ALLEN, JR., as Commissioner of Education in Connection with the Proposed Consolidation of an Enlarged City School District of the City of Newburgh, Respondents.— Application for a stay granted upon condition that petitioners perfect their proceeding for review and have the same ready for argument at the November 1958 Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

PASQUALE NUZZO et al., Respondents, v. JOE LAPAN et al., Appellants.— Motion for a stay granted upon condition the appellants perfect their appeal on or before January 10, 1959 and are ready for argument at the February 1959 Term of this court. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of JEANETTE HAVAS, Appellant, against OLD HICKORY BAR B-Q MACHINES, INC. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of ERNEST BIERMAN, Respondent, against CHARLES GELBKE, Doing Business as GOTHAM DECORATORS, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of ANNE BROWN, Respondent, against ISAAC NORDAN, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

In the Matter of the Claim of DAVID ARMSTRONG, Appellant, against SEWANE HARBOR CLUB et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.